**PHYSICIANS ACUTE CARE SERVICE,
INC., Plaintiff-Appellant,**

v.

**Joyce LEES, M.D.,
Defendant-Respondent.**

No. WD 39845.

Missouri Court of Appeals,
Western District.

June 21, 1988.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 2, 1988.

William T. Smith, III, John K. Power, Watson, Ess, Marshall & Enggas, Kansas City, for plaintiff-appellant.

**2**

Linda S. Dickens, Benny J. Harding, Sildon & Kroeker, Kansas City, for defendant-respondent.

Before MANFORD, P.J., and TURNAGE, and COVINGTON, JJ.

### ORDER

PER CURIAM.

Appeal from judgment denying injunctive relief to enforce a non-competition agreement.

Judgment affirmed. Rule 84.16(b).